IN THE
IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION

| | |
|---|---|
| **SERGIO AGUIRRE** <br><br> Plaintiff/Petitioner <br><br> VS. <br> **POWERSCHUTE SPORTS; JAMES SOWERWINE; TC TRUST, LLC; OCTAGON, INC.** <br><br> Defendant/Respondent | Hearing Date: <br><br> CAUSE NO: <br> **5:10-CV-702-XR** <br><br> AFFIDAVIT OF SERVICE OF: <br> **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PATENT INFRINGEMENT; FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

Documents came to hand on the 8th day of October, 2010, at 12:00 o'clock P.M.

On the **26th day of October, 2010, at 5:50 PM**, at the address of **9208 QUARTZ Lane #201, NAPLES, Collier** County, FL 34120; this affiant served the above described documents upon **TC TRUST, LLC**, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **BOB MARSH, REGISTERED AGENT FOR JRJ BUSINESS CONSULTANTS, INC., REGISTERED AGENT, A white male approx. 45-55 years of age 5'10"-6'0" in height weighing 170-190 lbs with gray hair**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

X _____
Joseph R. Cripe, Reg. # 157299, Collier County, FL

STATE OF FLORIDA, COUNTY OF COLLIER
Sworn to (or affirmed) and subscribed before me this **28th** day of **October, 2010,**
by Joseph R. Cripe.

_____
PRINT, TYPE, OR STAMP NAME OF NOTARY

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/03/2012

Personally known ✓
or Produced Idenitification ____
Type of Identification Produced ____

FOR: **B-miscellaneous**
REF: **5:10-cv-702**

ORIGINAL PROOF OF SERVICE

Tracking #: **6227371 SEA**

Case 5:10-cv-00702-XR Document 5 Filed 09/27/10 Page 4 of 8

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 5:10-cv-702-XR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **TC Trust LLC**
was received by me on *(date)* **10-8-10**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Bob Marsh, Registered Agent**, who is designated by law to accept service of process on behalf of *(name of organization)* **TC Trust LLC** on *(date)* **10-26-10 @ 5:50pm**

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0**.

I declare under penalty of perjury that this information is true.

Date: **11-1-10**

*Server's signature*

**Joseph R. Cripe, Certified Process Server #157299**
*Printed name and title*

**P.O. Box 1300 Fort Myers FL 33902**
*Server's address*

Additional information regarding attempted service, etc: