IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION

| | |
|---|---|
| SERGIO AGUIRRE<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>POWERSCHUTE SPORTS; JAMES SOWERWINE; TC TRUST, LLC; OCTAGON, INC.<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO:<br>5:10-CV-702-XR<br><br>AFFIDAVIT OF SERVICE OF:<br>SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PATENT INFRINGEMENT; FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

Documents came to hand on the 13th day of Oct, 2010 at 11:08 o'clock A.M.

On the 21st day of October, 2010, at 2:10 PM, at the address of 1015 15TH Street NW SUITE 1000, WASHINGTON, Dist of Columbia County, DC 20005; this affiant served the above described documents upon OCTAGON INC., by then and there personally delivering 1 true and correct copy (ies) thereof, by then presenting to and leaving the same with Louis R. Lance, Corporate Operations Specialist, authorized agent of, CT Corporation, Registered Agent of Octogon Inc., REGISTERED AGENT, A male approx. 30-35 years of age 5'6"-5'8" in height weighing 140-160 lbs with brown hair.

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

DATED this 21st day of October, 2010.

_____
Eddie W. Null, Sr.

SUBSCRIBED AND SWORN to before me this 21st day of October, 2010

_____
NOTARY PUBLIC in and for the State of Virginia
Residing at: Creaceton, VA
My Commission Expires: 12/31/2010

FOR: B-miscellaneous
REF: 5:10-cv-702

ORIGINAL PROOF OF SERVICE

Tracking #: 6227369 SEA

Christine Amelia Davis
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 7042900
My Commission Expires
December 31, 2010

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 5:10-cv-702-XR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Octagon Inc c/o CT Corporation Registered Agent, 1015 15th St NW, Ste 1000, Washington, DC.
was received by me on *(date)* 10-19-2010

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Louis R. Lance, CT Corporation, Registered Agent, who is designated by law to accept service of process on behalf of *(name of organization)* Octoyon Inc. on *(date)* 10-21-2010 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.

I declare under penalty of perjury that this information is true.

Date: 10-21-2010

Server's signature

Eddie W. Null, Sr.
Printed name and title

Tiger Legal Services
10522 Crestfield Lane
Spotsylvania, Virginia 22553
Server's address

Additional information regarding attempted service, etc:

IN THE UNITED STATES DISTRICT COURT FOR THE IN THE WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION

| | |
|---|---|
| SERGIO AGUIRRE<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>POWERSCHUTE SPORTS; JAMES SOWERWINE; TC TRUST, LLC; OCTAGON, INC.<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO:<br>5:10-CV-702-XR<br><br>AFFIDAVIT OF SERVICE OF:<br>SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PATENT INFRINGEMENT; FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

Documents came to hand on the 13'th day of Oct, 2010 at 11:08 o'clock A M.

On the **21st day of October, 2010**, at **2:10 PM**, at the address of **1015 15TH Street NW SUITE 1000, WASHINGTON**, Dist of **Columbia** County, **DC 20005**: this affiant served the above described documents upon **OCTAGON INC.**, by then and there personally delivering 1 true and correct copy (ies) thereof, by then presenting to and leaving the same with **Louis R. Lance, Corporate Ooperations Specialist, authorized agent of, CT Corporation, Registered Agent of Octogon Inc., REGISTERED AGENT, A male approx. 30-35 years of age 5'6"-5'8" in height weighing 140-160 lbs with brown hair.**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

DATED this **21st day of October, 2010.**

_____
Eddie W. Null, Sr.

SUBSCRIBED AND SWORN to before me this **21st day of October, 2010**

_____
NOTARY PUBLIC in and for the State of **Virginia**
Residing at: _OEACETON, VA_
My Commission Expires: 12/31/2010

FOR: B-miscellaneous
REF: 5:10-cv-702

ORIGINAL PROOF OF SERVICE

Tracking #: 6227369 SEA

Christine Amelia Davis
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 7042900
My Commission Expires
December 31, 2010

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 5:10-cv-702-XR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Octagon Inc c/o CT Corporation
was received by me on *(date)* 10-19-2010. Registered Agent, 1015 15th St NW, Ste 1000, Washington, DC.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Louis R. Lance, CT Corporation, Registered Agent, who is designated by law to accept service of process on behalf of *(name of organization)* Octogon Inc, on *(date)* 10-21-2010 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.

I declare under penalty of perjury that this information is true.

Date: 10-21-2010

Server's signature

Eddie W. Null, Sr.
Printed name and title

Tiger Legal Services
10522 Crestfield Lane
Spotsylvania, Virginia 22553
Server's address

Additional information regarding attempted service, etc:

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION

| | |
|---|---|
| **SERGIO AGUIRRE**<br><br>Plaintiff/Petitioner<br><br>vs.<br>**POWERSCHUTE SPORTS; JAMES SOWERWINE; TC TRUST, LLC; OCTAGON, INC.**<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO:<br>**5:10-CV-702-XR**<br><br>AFFIDAVIT OF SERVICE OF:<br>**SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PATENT INFRINGEMENT; FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

Documents came to hand on the 13th day of Oct, 2010, at 11:08 o'clock A.M.

On the **21st day of October, 2010**, at **2:10 PM**, at the address of **1015 15TH Street NW SUITE 1000, WASHINGTON**, Dist of Columbia County, **DC 20005**: this affiant served the above described documents upon **OCTAGON INC.**, by then and there personally delivering **1** true and correct copy (ies) thereof, by then presenting to and leaving the same with **Louis R. Lance, Corporate Ooperations Specialist, authorized agent of, CT Corporation, Registered Agent of Octogon Inc., REGISTERED AGENT, A male approx. 30-35 years of age 5'6"-5'8" in height weighing 140-160 lbs with brown hair.**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

DATED this **21st day of October, 2010**.

_____
**Eddie W. Null, Sr.**

SUBSCRIBED AND SWORN to before me this **21st day of October, 2010**

_____
NOTARY PUBLIC in and for the State of **Virginia**
Residing at: BEALETON, VA
My Commission Expires: 12/31/2010

FOR: **B-miscellaneous**
REF: **5:10-cv-702**

ORIGINAL PROOF OF SERVICE

Tracking #: **6227369 SEA**



Christine Amelia Davis
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 7042900
My Commission Expires
December 31, 2010