IN THE
IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION

| | |
|---|---|
| SERGIO AGUIRRE<br><br>Plaintiff/Petitioner<br><br>vs.<br>POWERSCHUTE SPORTS; JAMES SOWERWINE;<br>TC TRUST, LLC; OCTAGON, INC.<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO:<br>5:10-CV-702-XR<br><br>AFFIDAVIT OF SERVICE OF:<br>SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PATENT INFRINGEMENT; FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

Documents came to hand on the 8th day of October, 2010, at 12:00 o'clock P.M.

On the **16th day of October, 2010**, at **8:20 PM**, at the address of **930 NOTTINGHAM Drive, NAPLES, Collier County, FL 34109**; this affiant served the above described documents upon **JAMES SOWERWINE**, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **JAMES SOWERWINE, NAMED DEFENDANT, A white male approx. 35-40 years of age 5'10"-6'0" in height weighing 160-180 lbs with gray hair.**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

X _____
Joseph R. Cripe, Reg. # 157299, Collier County, FL

STATE OF FLORIDA, COUNTY OF COLLIER
Sworn to (or affirmed) and subscribed before me this **18th day of October, 2010**,
by Joseph R. Cripe.

_____
PRINT, TYPE, OR STAMP NAME OF NOTARY

Personally known ✓
or Produced Idenitification _____
Type of Identification Produced _____

FOR: B-miscellaneous
REF: 5:10-cv-702

ORIGINAL PROOF OF SERVICE

Tracking #: 6227370 SEA

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 5:10-cv-702-XR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* James Sowerwine
was received by me on *(date)* 10/8/2010 .

☒ I personally served the summons on the individual at *(place)* James Sowerwine
930 Nottingham Dr. Naples FL 34109 on *(date)* 10/16/2010 @ 8:30pm

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 10/18/10

X _____
Server's signature

Joseph R Cripe CPS# 157299
*Printed name and title*

2575 Cleveland Ave, Fort Myers FL 33901
*Server's address*

Additional information regarding attempted service, etc:

IN THE
IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION

| | |
|---|---|
| SERGIO AGUIRRE<br><br>Plaintiff/Petitioner<br><br>VS.<br>POWERSCHUTE SPORTS; JAMES SOWERWINE;<br>TC TRUST, LLC; OCTAGON, INC.<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO:<br>5:10-CV-702-XR<br><br>AFFIDAVIT OF SERVICE OF:<br>SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PATENT INFRINGEMENT; FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

Documents came to hand on the 8th day of October, 2010, at 12:00 o'clock P.M.

On the **16th day of October, 2010, at 8:20 PM**, at the address of **930 NOTTINGHAM Drive, NAPLES, Collier** County, **FL 34109**; this affiant served the above described documents upon **JAMES SOWERWINE**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **JAMES SOWERWINE, NAMED DEFENDANT, A white male approx. 35-40 years of age 5'10"-6'0" in height weighing 160-180 lbs with gray hair.**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

X _____
Joseph R. Cripe, Reg. # 157299, Collier County, FL

STATE OF FLORIDA, COUNTY OF COLLIER
Sworn to (or affirmed) and subscribed before me this **18th** day of **October, 2010**, by Joseph R. Cripe.

_____
PRINT, TYPE, OR STAMP NAME OF NOTARY

Notary Public, State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/02/2012

Personally known ✓
or Produced Idenitification _____
Type of Identification Produced _____

FOR: **B-miscellaneous**
REF: **5:10-cv-702**

ORIGINAL PROOF OF SERVICE

Tracking #: **6227370 SEA**